UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1055-SP | Date | July 22, 2020 |
|---|---|---|---|
| Title | SEAN DAVID DOHERTY v. ANDREW M. SAUL, Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | | |
|---|---|---|---|
| Kimberly I. Carter | n/a | | n/a |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

n/a                                                                   n/a

**Proceedings:**     **(In Chambers)  Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute**

On January 31, 2020, plaintiff filed a Complaint for Review of Final Decision of the Social Security Administration pursuant to 42 U.S.C. § 405(g).  On February 12, 2020, the court issued its Case Management Order in this matter.  The Case Management Order set forth, inter alia, a schedule for engaging in settlement discussions and, if the case did not resolve, briefing the issues in dispute.

With respect to settlement discussions, plaintiff was to email defendant a settlement proposal within 14 days of service of the administrative record, and defendant was to email a response within 21 days of receiving the proposal.  On May 18, 2020, defendant filed notice of its service of the administrative record on plaintiff, and therefore plaintiff's settlement proposal was due on June 1, 2020.  Based on a stipulation for an extension of that deadline, the court granted plaintiff until June 19, 2020 to make the settlement proposal.

On June 22, 2020, defendant filed a notice of nonreceipt of a settlement proposal from plaintiff.  A month as passed since then, yet plaintiff has filed nothing to indicate he has since sent defendant a settlement proposal.

On July 6, 2020, the court issued an Order Directing Plaintiff to Address Failure to Make Settlement Proposal.  The court specifically ordered plaintiff to email a settlement proposal to defendant on or before July 13, 2020.  Concurrent with emailing the settlement proposal, plaintiff was to file a notice with the court confirming such settlement proposal was made.  More than a week has passed since the July 13 deadline,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-1055-SP | Date | July 22, 2020 |
|---|---|---|---|
| Title | SEAN DAVID DOHERTY v. ANDREW M. SAUL, Commissioner of Social Security Administration | | |

and plaintiff still has filed nothing to indicate he has made a settlement proposal, nor has plaintiff requested additional time. It therefore appears that plaintiff has violated the court's orders and is not properly prosecuting this matter.

Accordingly, the court hereby issues this Order to plaintiff to Show Cause in writing not later than **August 6, 2020** why this action should not be dismissed for failure to prosecute. Plaintiff may discharge the Order to Show Cause by filing, not later than August 6, 2020, a written request for a reasonable extension of time for plaintiff to make a settlement proposal.

**The court warns plaintiff that failure to respond to the Order to Show Cause by August 6, 2020, or further failure to prosecute this action in accordance with the Case Management Order and other court orders, may result in dismissal of this action for failure to prosecute.**